**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF ILLINOIS

219 SOUTH DEARBORN STREET

CHICAGO, ILLINOIS 60604

CHAMBERS OF

**HARRY D. LEINENWEBER**

JUDGE

TELEPHONE

312-435-7612

July 24, 2006

Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C.    20544

    Re:   **Judge Harry D. Leinenweber**
           <u>**Calendar Year 2005 Financial Disclosure Report**</u>

Gentlemen:

In response to Chairman Smith's June 27, 2006 letter, contained in this letter are my responses to the Committee's questions.

I amend my 2005 Financial Disclosure Report as follows:

> Amend Part VIII, First Union Bank of Palm Beach checking account was changed during the reporting period to Bank One (now Chase); and

> Amend Part VII, to add:  TRW Common Stock was sold in August 2005.  Value Code "J" with "No Gain."

I believe I have responded to all of the matters raised in your letter.  I believe that this should clear up any discrepancies in my 2005 Financial Disclosure Report.

If you should have any questions or require any additional information or clarification, please feel free to contact me at your convenience.

                   Very truly yours,

                   Harry D. Leinenweber, Judge
                   United States District Court

HDL/mq

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>LEINENWEBER, HARRY D | 2. Court or Organization<br><br>U.S.D.C. (ILLINOIS NORTHERN) | 3. Date of Report<br><br>05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Suite #1946<br>219 S. Dearborn Street<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Life Member | National Conference of Commissioners on Uniform State Laws |
| 2. Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 10 A 9: 55

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Illinois General Assembly Retirement | $ 13,356.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Dreyfus Florida Muni Money Market Fund - Director Fees |
| 2. 2005 | Deloitte & Touche - Consuling Fees |
| 3. 2005 | Ryder Systems - Dirctor Fees |
| 4. 2005 | Dreyfus NJ Muni Bond Fund - Director Fees |
| 5. 2005 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 6. 2005 | Dreyfus Global Investing - Director Fees |
| 7. 2005 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8. 2005 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 9. 2005 | The Coca-Cola Company - Consulting Fees |
| 10. 2005 | Dreyfus Investor GNMA Fund - Director Fees |
| 11. 2005 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fee |
| 12. 2005 | Dreyfus 100% U.S. Treasury Intermediate Term Fund - Director Fees |
| 13. 2005 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |
| 14. 2005 | Procter & Gamble - Director Fees |
| 15. 2005 | SBC Corporation (Now AT&T Corporation) - Director Fees |
| 16. 2005 | Office of Personnel Management - Congressional Retirement |
| 17. 2005 | Dreyfus Strategic Growth fund - Director Fees |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/05/2006 |

18. 2005      Constellation Energy Group - Director Fees

19. 2005      Neiman Marcus - Residuals from Previous Directorship *See Section VIII for Additonal Comments.

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Procter & Gamble, Cincinnati, OH | 4/05 Travel, Lodging. Meals. Trip with ▓▓▓ to Mar-A-Lago, West Palm Beach, Florida |
| 2. Coca-Cola Company, Atlanta, GA | 6/05 Travel, Lodging, Meals. Trip with ▓▓▓ to Brussels, Belgium |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LEINENWEBER, HARRY D | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ryder Systems | C | Dividend | N | T | Grant | 05/05 | J | | *See Notes in Section VIII |
| 2. Ryder Systems, Inc. Stock Options | | None | N | W | | | | | |
| 3. J.P. Morgan Chase (formerly Bank One) checking account | C | Interest | M | T | | | | | *See Notes in Section VIII |
| 4. J.P. Morgan Chase (formerly Bank One) checking account | A | Interest | J | T | | | | | *See Notes in Section VIII |
| 5. J.P. Morgan Chase (formerly Bank One) savings account | A | Interest | J | T | | | | | *See Notes in Section VIII |
| 6. SBC Corporation Common Stock (now AT&T) | E | Dividend | O | T | Grant | 04/05 | K | | *See Notes in Section VIII |
| 7. Procter & Gamble Common Stock | C | Dividend | O | T | Grant | 02/05 | K | | *See Notes in Section VIII |
| 8. Procter & Gamble Common Stock Options | | None | M | W | | | | | *See Notes in Section VIII |
| 9. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 10. Real Estate, Chicago, IL | | | M | T | | | | | *See Notes in Section VIII |
| 11. Affiliated Network Services, L.L.C. | | None | K | U | | | | | |
| 12. FMI Cust. 403(b)(7) Acct. Northwestern Univ. Magellan Fund | B | Dividend | L | T | | | | | |
| 13. FMI Cust. 403(b)(7) Acct. Northwestern Univ. Overseas Fund | B | Dividend | L | T | | | | | |
| 14. FMI Cust. 403(b)(7) Acct. Northwester Univ. Puritan Fund | B | Dividend | K | T | | | | | |
| 15. J.M. Smuckers | A | Dividend | J | T | | | | | |
| 16. Constellation Energy Group | C | Dividend | N | T | Grant | 11/05 | K | | *See Notes in Section VIII |
| 17. Brokerage Account #1 - J.P. Morgan | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Atrion | A | Dividend | | | Sold | 6/13 | J | C | *See Notes in Section VIII |
| 19. Standard & Poors Receptr | A | Dividend | | | Sold | 10/19 | K | B | |
| 20. Steris | | None | | | Sold | 10/19 | J | B | |
| 21. Microsoft Corporation | A | None | | | Sold | 10/19 | J | C | |
| 22. Barr Labs | | None | K | T | | | | | |
| 23. NASDAQ 100 Series 1 | A | Dividend | | | Sold | 10/19 | K | A | |
| 24. American Home Mortgage Common Stock | A | Dividend | | | Sold | 10/19 | J | C | |
| 25. Woodward Governor Common Stock | A | Dividend | | | Sold | 10/19 | J | A | |
| 26. Northrup Grumman Corp. | C | Dividend | | | Sold | 10/19 | L | F | |
| 27. Schwab Money Market Fund | C | Interest | J | T | | | | | *See Notes in Section VIII |
| 28. First Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. Cognizant Tech | A | Distribution | K | T | | | | | |
| 30. E-Bay | | None | | | Sold | 10/19 | K | D | |
| 31. E-Bay | | None | J | T | Buy | 5/2 | J | | |
| 32. Vanguard Intermediate Term | B | Dividend | | | Sell | 8/15 | L | A | |
| 33. Vanguard Limited Term | B | Dividend | | | Sell | 8/15 | L | A | |
| 34. Brokerage Account #2 - Ameritrade Investment Acct | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Questar Corp. Common Stock | A | Dividend | K | T | | | | | |
| 36. Shufflemaster Common Stock | | None | K | T | | | | | |
| 37. Neogen Common Stock | | None | J | T | | | | | |
| 38. Tuesday Morning | | None | J | T | | | | | |
| 39. Coventry Health Care | A | Dividend | J | T | | | | | |
| 40. Gasco Energy | | None | K | T | | | | | |
| 41. Gollinhas Aereas | | None | J | T | Bought | 12/15 | J | | |
| 42. U.S. Physical Therapy | | None | J | T | Bought | 6/3 | J | | |
| 43. Toptankers | | None | J | T | | | | | |
| 44. Taser | | None | | | Sold | 2/10 | J | | |
| 45. Sunopta | | None | J | T | | | | | |
| 46. Brokerage Account #3 - Schwab Defined Benefit Plan | | | | | | | | | |
| 47. Dreyfus Premier China Fund | A | Dividend | K | T | | | | | |
| 48. USJWFL INDX 3.375% 01/12 | C | Interest | M | T | | | | | |
| 49. Artisan International Fund | E | Dividend | N | T | | | | | |
| 50. Vanguard Intermediate Term Corporate Fund | C | Dividend | M | T | | | | | |
| 51. Vanguard Short Term Corporate Fund | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Fund Inc. High Yield Corporate Shares | B | Dividend | K | T | | | | | |
| 53. Manager Special Equity Fund | C | Dividend | M | T | | | | | |
| 54. Third Avenue Value Fund | C | Dividend | M | T | | | | | |
| 55. Third Avenue Small Cap Value Fund | B | Dividend | L | T | | | | | |
| 56. Pimco High Yield Fund | A | Interest | M | T | | | | | |
| 57. Neiman Marcus Class B | A | Dividend | | | Buy Out | 01/06 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. - B.  Spouse's Non-Investment Income

20.   Spouse was a former director of the parent company of Neiman Marcus.  She receives a discount for retail purchases.

VII. - Investment and Trusts.

1. ████ received in lieu of partial Director Compensation a grant of stock-based units.  (Redeemable at a later date as shares of stock on a one-for-one basis.)

3. This J.P. Morgan Chase account is a personal checking account.  Deposits and withdrawals are made throughout the year.

4. This J.P. Morgan Chase account is a personal checking account.  Deposits and withdrawals are made throughout the year.

5. This J.P. Morgan Chase account is a personal savings account.  Deposits and withdrawals are made throughout the year.

6. ████ received a grant of shares as partial Director compensation.

7. ████ received a grant of shares as partial compensation as a non-employee member of the Board of Directors.

8. ████ received a grant of shares as partial compensation as a non-employee member of the Board of Directors.

10. Real Estate was sold on a four-year contract.

16. ████ received a grant of stock as partial compensation as a non-employee member of the Board of Directors.

18. This stock was purchased in January 2004 and inadvertently left off my 2004 report.

27. Schwab Fund is a money market fund where investment income is placed from time to time.

32. This fund was purchased in 2004 and inadvertently left off my 2004 report.

33. This fund was purchased in 2004 and inadvertently left off my 2004 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____ 5/5/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544